**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re: MARVEL RAY KLINE           )
                                            )    BK-11-25074-led
                                            )    Chapter  13
                                            )
                                            )    Hearing Date:  N/A
                Debtor       )    Hearing Time: N/A

**DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS**

The request for payment of Unclaimed Funds that was submitted by <u>United Credit Recovery c/o Dilks and Knopik</u> has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

|     |     |
| --- | --- |
| ___ | Motion to Payment of Unclaimed Funds. |
| ___ | Affidavit for reimbursement. |
| ___ | Affidavit of service to the U.S. Attorney. |
| ___ | Limited power of attorney or assignment. |
| ___ | Fee agreement required by local rule 3011(a)(1)(B) |
| _X_ | Supporting documentation required (see comments) |
| ___ | Photocopy of current identification |
| ___ | Address does not match on notice of unclaimed funds. |
| ___ | Fees have been paid out previously on schedule #_____ |
| ___ | Other: _____ |

Comments: <u>The fee amounts are missing please provide the disclosure with the fee amounts.</u>

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at (702) 527-7086 or Financial@nvb.uscourts.gov

Date: 02/14/2017

                                          _Karina Magallanes_
                                          Deputy Clerk

**CERTIFICATE OF MAILING**

I certify that a copy of this notice was mailed to the submitting parties listed above on 02/15/2017 by <u>K.Magallanes</u>.

Updated 11/09